RAYMOND CARUSO v. BOARD OF TRUSTEES, POLICE &
FIREMEN'S RETIREMENT SYSTEM.

October 15, 1985.

Petition for certification denied.

HAROLD J. RUVOLDT, JR., PROSECUTOR OF HUDSON
COUNTY v. JOHN S. MAGEE, INDIVIDUALLY AND
T/A COLLEGIATE RESEARCH SYSTEMS.

October 15, 1985.

Petition for certification denied.

BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF CAM-
DEN v. THE GUTWEIN-GUENTHER PROFESSIONAL ASSOCI-
ATION, HENRY D. DAGITT, P.C. AND OLIVER & BECICA,
AIA, P.A.

October 15, 1985.

Petition for certification denied.

ANDREA VERHULST v. GEORGE DURNYA, T/A GEORGE'S TRI-
ANGLE DINER, RUSSELL KJERSCAARD AND GRACE ROTH.

October 15, 1985.

Petition for certification denied.